

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Gary Carson, Appellant

No. 06-15-00170-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14F0102-102). Memorandum Opinion delivered by Justice Moseley,* Chief Justice Morriss and Justice Burgess participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Gary Carson, pay all costs of this appeal.

RENDERED JANUARY 9, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk